UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOHN M. W., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 2:17-cv-00466-JPH-MJD |
| | ) |
| CAROLYN W. COLVIN Acting | ) |
| Commissioner of the Social Security | ) |
| Administration[1], | ) |
| | ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Magistrate Judge Mark J. Dinsmore has entered a Report and

Recommendation recommending that the Court affirm the Commissioner's

decision denying auxiliary child's insurance benefits.  Dkt. 30.  The parties

have had the opportunity to object but have not done so.  *See* Fed. R. Civ. P.

72(b); 28 U.S.C. § 636(b)(1).  The Court has considered and now **ADOPTS** the

Report and Recommendation.  Dkt. [30].  The Commissioner's decision is

**AFFIRMED**.  Final judgment will issue by separate entry.

**SO ORDERED**.

Date: 12/19/2024

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

---

[1] Carolyn W. Colvin became the Acting Commissioner of the Social Security
Administration on November 30, 2024.  Under Federal Rule of Civil Procedure 25(d),
Carolyn Colvin is substituted for Martin O'Malley as the defendant in this suit.

1

Distribution:

JOHN M. W.
P.O. Box 2072
2405 South 6th Street
Terre Haute, IN 47802-0072

All electronically registered counsel